IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                                                              NO. 4:22-CR-153

WILLIAM EARL MURRAY

### ORDER

On June 20, 2023, William Earl Murray moved to continue the July 10 trial date and related deadlines. Doc. #29. As cause, Murray represents that his counsel "is a member of the Mississippi House of Representatives and was scheduled in February 2023 to attend the 77th Annual Southern Legislative Conference in Charleston, South Carolina from July 8, 2023 through July 12, 2023." *Id.* at 1. In violation of Local Rule 47(A), Murray did not include a certificate of conference with his motion or otherwise indicate whether his counsel conferred with the government's counsel about the relief requested.[1]

Because the Court concludes that the ends of justice will be served by continuing trial to address Murray's counsel's schedule conflict and that such ends of justice outweigh the best interest of the public and Murray in a speedy trial, the motion to continue [29] is **GRANTED**.

Trial is continued to **Monday, August 7, 2023**;[2] and the plea agreement deadline and the motions-in-limine deadline are both July 17, 2023.[3] The delay from this date until the commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

---

[1] Because Murray was notified of the same violation in the last order continuing trial, *see* Doc. #27, any future violation may result in the denial of the relief sought.

[2] This is the fifth trial continuance granted on Murray's motion. *See* Docs. #17, #20, #23, #27.

[3] Murray did not specify which "related deadlines" he sought to be continued so the Court extended only the plea agreement and motion-in-limine deadlines, which were the only pretrial deadlines pending at the time he filed the motion.

**SO ORDERED**, this 30th day of June, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**